IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) 6: 12-cv-0062-TC | |
| v. ) | |
| ) ORDER | |
| ROBERT A. LUND and COLLEEN L. ) | |
| LUND, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Magistrate Judge Thomas M Coffin has filed his Findings and Recommendation on June 29, 2012. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d

1    - ORDER

452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. Defendant Robert Lund's motion to dismiss (#16) and motion for extension (#15) are denied and Robert Lund is ordered to file a response to the complaint within 11 days of the date of this order.

DATED this 1st day of Aug., 2012.

_____
United States District Judge

2   - ORDER