IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,  )
                           )
            Plaintiff,     )
                           )  No. 6:12-cv-62-TC
     v.                    )
                           )  ORDER
ROBERT A. LUND and COLLEEN L. )
LUND,                      )
                           )
            Defendants.    )
                           )

Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on August 31, 2012, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F. 2d 452, 454 (9th Cir. 1983). Having reviewed the legal

1       - ORDER

principles de novo, I find no error. Accordingly, I adopt Judge Coffin's Findings and Recommendation.

## CONCLUSION

I adopt Magistrate Judge Coffin's Findings and Recommendation (#52) filed August 31, 2012. Defendants' motion to dismiss (#34) is denied.

DATED this **3rd** day of **Oct.**, 2012.

_____
UNITED STATES DISTRICT JUDGE

2       - ORDER